UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                            Chapter 11

ONE LAWRENCE STREET, LLC            Case no. 09-10574

               Debtor.
----------------------------------------------------------x

## **FINAL DECREE**

       Upon the application of the above captioned debtor (the "Debtor") requesting that a final decree be entered and that the Chapter 11 case be closed, and the Debtor having substantially consummated the provisions of the Plan of Reorganization confirmed by order dated of this Court; it is

       ORDERED, that the Chapter 11 case of the Debtor is closed.

Dated: New York, New York
       **December 14, 2009**


                                                        **/s/Martin Glenn**
                                             UNITED STATES BANKRUPTCY JUDGE

No Objection:

   /s/Greg Zipes
      Greg Zipes